UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK E. WHITE,<br><br>                Defendant. | Ticket Numbers: F5365038, F5365039, FBGB003Y, FBJF008W, FBJF008X, FBJF008Y, FBJF008Z, FBJF0090, FBJF0091<br>Location Code: M5, M8<br>Disposition Code: PE, NC<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Mark E. White, was present in court and entered a plea of guilty to the charges of Violations F5365038, F5365039.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay the fees for both violations for a total of $80.00. These shall be paid as follows: Payments shall begin on May 1, 2023, and every month thereafter in the amount of $20.00 per month until paid in full. Payments may be mailed to:

   Central Violations Bureau
   PO Box 780549
   San Antonio, TX 78278

   or paid online at: http://www.cvb.uscourts.gov

2. Violations FBGB003Y, FBJF008W, FBJF008X, FBJF008Y, FBJF008Z, FBJF0090, FBJF0091 are dismissed upon the government's motion.

3. Defendant is prohibited from being on National Forest Service Lands for a period of 1 year within the State of Montana.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: March 31, 2023.

3/31/2023
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge